**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:24-cr-21 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| WILLIAM ROBERTS, SR., | : | |
| | : | |
| Defendant. | : | |
| | : | |

---

## ORDER RELEASING DEFENDANT

At the hearing of this matter conducted on March 7, 2024, the Court ordered that Defendant be released from the custody of the United States.  Accordingly, and for the reasons set forth on the record at that hearing, the Court hereby **ORDERS** that the United States Marshal immediately release Defendant, subject to any conditions imposed by the Court.

**IT IS SO ORDERED.**

March 7, 2024                                    s/Peter B. Silvain, Jr.
                                                      Peter B. Silvain, Jr.
                                                      United States Magistrate Judge