UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIAM ROBERTS, SR.,

    Defendant.

Case No. 3:24-cr-21

District Judge Michael J. Newman

---

**ORDER REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT OR PROPOSED CASE SCHEDULE BY MARCH 28, 2024**

---

This case is before the Court following the parties' failure to file a proposed scheduling order under Fed. R. Crim. P. 16.1.  Doc. No. 11.  On March 21, 2024, the Court issued a notation order requiring the parties to file a status report or joint scheduling order no later than Monday, March 25, 2024.  The parties have not done so.  Accordingly, the Court **REQUIRES** the parties to file a joint status report or proposed scheduling order by **March 28, 2024**.

    **IT IS SO ORDERED.**

    March 27, 2024                          s/Michael J. Newman
                                                       Hon. Michael J. Newman
                                                       United States District Judge