UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                        Case No. 3:24-cr-21

vs.

WILLIAM ROBERTS, SR.,           District Judge Michael J. Newman

    Defendant.

_____

**SCHEDULING ORDER**
_____

This criminal case is before the Court following Defendant's arraignment on March 4, 2024. The parties have met and conferred pursuant to Fed. R. Crim. P. 16.1 and have filed a notice and a proposed scheduling order in which they report that the present Speedy Trial Act deadline in this case is **May 13, 2024**. Doc. No. 15.

Based on the parties' proposed scheduling order, the Court sets the following schedule in this case:

| | |
|---|---|
| Rule 16 discovery deadline: | **March 28, 2024** |
| Motion filing deadline: | **April 12, 2024** |
| Status report deadline: | **April 29, 2024** |
| Jury trial: | **May 6, 2024 at 9:30 A.M.** |

The Court is amenable to extending these deadlines upon written motion by the parties subject to the requirements of the Speedy Trial Act.

    **IT IS SO ORDERED.**

    March 28, 2024                              s/Michael J. Newman
                                                                Hon. Michael J. Newman
                                                                United States District Judge