IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | Case No. 3:24-cr-021 (1) |
| vs. | : | HONORABLE PETER B. SILVAIN |
| Roberts Sr., William | : | |
| Defendant | : | |

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on March 27, 2024, and amends the following condition:

1. Mr. Roberts must participate in one of the following location restriction programs and abide by all the requirements of the program which will include electronic monitoring (Home Detention)

The amended condition will be ordered as follows:

1. Mr. Roberts must participate in one of the following location restriction programs and abide by all the requirements of the program which will include electronic monitoring (Curfew)

All other bond conditions remain in full force and effect.

Date: 10/21/24

Peter B. Silvain, Jr.
United States Magistrate Judge