UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                Case No. 3:24-cr-21

vs.

WILLIAM ROBERTS, SR.,                        District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) GRANTING THE PARTIES' JOINT STATUS REPORT AND MOTION TO CONTINUE (Doc. No. 40); (2) EXCLUDING THE TIME FROM JANUARY 15, 2025 UNTIL FEBRUARY 26, 2025 FROM THE SPEEDY TRIAL ACT CALCULATION; (3) FINDING THAT THE NEW SPEEDY TRIAL ACT DEADLINE IS MARCH 11, 2025; (4) VACATING THE JANUARY 28, 2025 TRIAL DATE; (5) SETTING TRIAL FOR FEBRUARY 27, 2025 AT 9:30 A.M.; AND (6) REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY MARCH 19, 2025**

---

       This criminal case comes before the Court following the parties' joint status report.  Doc. No. 40.  In the status report, the parties indicated they are waiting for a decision from the court on the motion to dismiss indictment as the motion is fully briefed.  *Id.*  Trial is currently scheduled for January 28, 2025.  *Id.*  The parties asked that the trial date be vacated and set for a date after the Court reaches a decision on the motion to dismiss.  *Id.*  Accordingly, the Court will consider the status report as including a motion to continue trial.  For good cause shown and pursuant to the requirements of the Speedy Trial Act, the Court **GRANTS** the requested continuance.

       The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, the ends of justice are served by granting a continuance and that such continuance outweighs the best interest of the public and Defendant in a speedy trial.  Failure to continue would deny both the Government and Defendant the time necessary for effective trial

preparation and the ability to explore all available means of resolving this case. *See* 18 U.S.C. § 3161(h)(7).

Consequently, the time from January 15, 2025 until February 26, 2025 is **EXCLUDED** in computing the time period set forth in 18 U.S.C. § 3161 within which the United States must bring Defendant to trial. Accounting for the time excluded from the Speedy Trial Act calculation, the new **Speedy Trial Act deadline** in the instant case is **March 11, 2025**.[1] The Court also **VACATES** the January 28, 2025 trial date and **SETS** trial for **February 27, 2025**. Finally, the Court **REQUIRES** the parties to file a joint status report by **February 17, 2025.**

**IT IS SO ORDERED.**

January 17, 2025                                             s/*Michael J. Newman*
                                                             Hon. Michael J. Newman
                                                             United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall file a notice containing their proposed Speedy Trial Act calculation and deadline.