UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                      Case No. 3:24-cr-21

vs.

WILLIAM ROBERTS, SR.,           District Judge Michael J. Newman

    Defendant.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY BOND**
**(Doc. No. 57)**

---

On May 14, 2025, the Court held a conference on Defendant William Roberts, Sr.'s motion to modify bond. Doc. No. 57. For good cause shown and in the absence of objections by the Government or the Pretrial Services Officer, the Court **GRANTS** Defendant's unopposed motion. Defendant's bond conditions are modified to permit him to visit his family in Medway, Ohio at an address known to Pretrial Services beginning on Friday, May 16, 2025, and returning to the Day 1 Sober Living House on Sunday, May 18, 2025. The Court **DIRECTS** Pretrial Services Officer Josh Bohman to make the necessary arrangements. All other bond conditions are **UNCHANGED** and remain in full force and effect.

    **IT IS SO ORDERED.**

May 16, 2025                                                   s/*Michael J. Newman*
                                                          Hon. Michael J. Newman
                                                          United States District Judge