# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:24-cr-21 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| WILLIAM ROBERTS, SR., | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on Defendant's Motion to Modify Bond (Doc. #61). The Motion was subsequently referred to the undersigned by United States District Judge Michael J. Newman. (Doc. #62). A phone conference was held on June 20, 2025, during which the Court heard from counsel for both sides and an Officer from Pretrial Services.

The Pretrial Services Officer reported that Defendant has been compliant with his bond conditions, and the Officer did not object to Defendant's request. Counsel for the Government indicated that the Government does not oppose Defendant's Motion.

Accordingly, the undersigned hereby **GRANTS** Defendant's Motion (Doc. #61). Defendant's Amended Bond Conditions will be entered by separate Order.

**IT IS SO ORDERED.**

June 20, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge